UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No.   4:09CR473 HEA |
| ) | |
| JOSHUA FAGAN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The purpose for which cash bail was posted in the above styled matter having now been served, the Clerk is hereby ORDERED to draw a Registry Check in the sum of $2,500.00 to the surety of record.

Dated this 11th day of March, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

******************************************************************************
**VERIFICATION OF DEFENDANT'S STATUS**
(to be completed by the district Court)

I certify that the amount of the bond listed above is being held in the Registry of the United States District Court-Eastern district of Missouri.  I also certify that the status of the defendant is such that the conditions of the bond have been met as of this 9th day of March, 2010.

/s/ Cynthia Kornberger
Deputy Clerk